In the Matter of the Application of S. SMITH & SONS (MOTOR ACCESSORIES), LTD., for an Order Requiring MARTIN P. KRIMKO to Record an Instrument Executed and Delivered to Him by NIL MELIOR, INC. (a Domestic Corporation), as an Assignment for the Benefit of Creditors, etc.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

MARIA MAGGIO, Appellant, v. HELEN J. NILES and Others, Defendants, Impleaded with ROSARIO MAGGIO and CONCETTA MAGGIO, Respondents.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

HENRY B. CLOSSON and Others, Appellants, v. SEABOARD SAND AND GRAVEL CORPORATION, Respondent.— Order modified by striking out those portions of paragraph "2" of the amended answer specified in the notice of motion, and by striking out paragraphs 5, 6, 7 and 8 of the amended answer, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants, with leave to serve an amended answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

GEORGE W. COCKS, Respondent, v. GLACIFER SYSTEMS, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer, or otherwise move with reference to the complaint, within twenty days from service of order upon payment of said costs. No opinion. Present— Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of the Application of ELM AUTO RENTING CO., INC., Respondent, against SAMUEL LEVY, President of the Borough of Manhattan, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

HARRY KREISMAN, Appellant, v. MANHATTAN AND QUEENS TRACTION CORPORATION, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

NETTIE HAUSER and Another, Respondents, v. BELLA FELDMAN, Appellant, Impleaded with Others, Defendants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

FLORENCE DRAKE, Respondent, v. ARTHUR HERRMAN, Defendant, Impleaded with INECTO, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.